UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GUILLERMO EUGENIO FRENZEL CORDERO,

                Plaintiff,

vs.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/13/2021

Civil Action No.:
1:20-CV-09134-ALC

**ORDER GRANTING EXTENSION**

AND, NOW, this __13th__ day of August, 2021, upon consideration of Plaintiff's Consent Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings, ECF No. 13,

IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED**.  Plaintiff's motion is due September 30, 2021.  All subsequent deadlines are also extended by thirty (30) days.

Entered: __8/13/2021__

New York, New York

_____
The Hon. Andrew L. Carter, Jr.
United States District Judge