**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GUILLERMO EUGENIO FRENZEL
CORDERO,

                Plaintiff,                20 **CIVIL** 9134 (ALC)

    -v-                                 **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 27, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), in connection with the Supreme Court's decision in Carr v. Saul, 141 S. Ct. 1352 (2021), in which the Court held that a claimant need not raise an Appointments Clause claim before the Social Security Administration, but may instead present it for the first time in federal court. On remand, the case will be assigned to a different administrative law judge ("ALJ") to evaluate further plaintiff's claims, plaintiff will be offered the opportunity for a hearing and the ALJ will issue a new decision.

**Dated:**  New York, New York
          September 27, 2021

                                                **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                       **BY:**      *K. Mango*
                                                 **Deputy Clerk**